No. 75–1377. BONACORSA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 75–1378. COSBY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–1414. DONNELLY ADVERTISING CORPORATION OF FLORIDA ET AL. v. CITY OF MIAMI ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1435. PASCHALL, EXECUTRIX, ET AL. v. CHRISTIE-STEWART, INC., ET AL. Sup. Ct. Okla. Certiorari denied. 

No. 75–1438. VANCE v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 75–1441. WHITE, MAYOR OF BOSTON v. MORGAN ET AL.;
No. 75–1445. McDONOUGH ET AL. v. MORGAN ET AL.;
No. 75–1466. BOSTON HOME AND SCHOOL ASSN. v. MORGAN ET AL.; and
No. 75–1527. DOHERTY ET AL. v. MORGAN ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 530 F. 2d 401 (first, second, and third cases); 530 F. 2d 431 (fourth case).

No. 75–1507. SLOAN v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. 

No. 75–1518. PEPI, INC., ET AL. v. PITCHFORD ET AL.; and
No. 75–1579. PITCHFORD ET AL. v. PEPI, INC., ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 531 F. 2d 92.